IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Appeal of Cleft of the Rock | : | |
| Ministries in Regard to Property | : | |
| Situate at 501 E. 9th Avenue, | : | |
| Borough of Munhall, Allegheny | : | |
| County, Pennsylvania (Block | : | |
| & Lot No. 130-1-250and 130-1-252 | : | |
| | : | |
| Other Interested Parties: | : | |
| | : | |
| Borough of Munhall | : | |
| Steel Valley School District | : | |
| | : | |
| Appeal of: Cleft of the Rock | : | |
| Ministries | : | No. 1269 C.D. 2013 |

# **O R D E R**

NOW, July 29, 2014, having considered appellant's application for reargument *en banc*, and answer in opposition thereto by appellee, Steel Valley School District, the application is denied.

 

 

_____
DAN PELLEGRINI,
President Judge